FILED
2007 Apr-06 PM 05:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

In The United States District Court For The
Northern District of Alabama
Middle Division

| | |
|---|---|
| Rachel Jean Hudson | ) |
| Plaintiff(s) | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 4:06-CV-386-RBP |
| Tyson Foods, Inc., a corporation; et al. | ) |
| Defendant(s) | ) |

### REPORT OF MEDIATOR

The above matter was mediated by the undersigned on March 20, 2007. As a result of the mediation, the parties reached an agreement which effectively disposes of all issues between plaintiff and defendants.

In accordance with the settlement agreement, counsel for the parties will submit such proposed orders as they deem fit with the request that the action, in its entirety, be dismissed, with prejudice, taxing costs as paid.

Respectfully submitted,

*[signature]*
Brad Wash, Mediator
2000A Southbridge Parkway, Ste. 400
Birmingham, AL 35209
Telephone: 205/933-9033

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing Report of Mediator on counsel as follows by placing same in the U.S. Mail, properly addressed and first class postage prepaid on this 3rd day of April, 2007.

Thomas H. Siniard, Esq.
Michael K. Timberlake, Esq.
James W. League, III, Esq.
**Siniard, Timberlake & League, P.C.**
P.O. Box 2767
Huntsville, AL  35804

Christopher S. Rodgers, Esq.
**Huie, Fernambucq & Stewart, LLP**
Three Protective Center, Ste. 200
2801 Highway 280 South
Birmingham, AL 35223-2848

*Brad Wash*
Brad Wash, Mediator